<u>Exhibit A</u>

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LATAUSHA DEBOISE,           )<br>                                             )<br>         Plaintiff,               )<br>                                             )<br>v.                                         )<br>                                             )   Case No. 4:11-cv-00290<br>(AGF)                                   )<br>SPECIAL SCHOOL DISTRICT OF   )<br>ST. LOUIS COUNTY, MISSOURI )<br>                                             )<br>         Defendants.          )  | |

### **PLAINTIFF'S MOTION FOR DISMISSAL**

COMES NOW Plaintiff Latausha DeBoise, and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and with consent of Defendant Special School District of St. Louis County, Missouri, hereby moves to dismiss this action <u>with</u> prejudice, each party to bear her or its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ *Bryan S. Johnson*
Bryan S. Johnson
**Johnson Law Offices, LLC**
60 Hill Pointe Court, Suite 202
St. Charles, MO  63303
Telephone:  (636) 916-5529
Fax: (646) 916-4956

**Attorney for Plaintiff
Latausha DeBoise**

By: /s/ *Charles B. Jellinek*
Charles B. Jellinek, #44462
Travis R. Kearbey # 58964
Amanda E. Colvin, #61763
**BRYAN CAVE LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020

**Attorneys for Defendant Special School
District of St. Louis County, Missouri**

## CERTIFICATE OF SERVICE

I hereby certify that on the **22nd** day of August, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Charles B. Jellinek, Bryan Cave L.L.P., One Metropolitan Square, 211 N. Broadway, Suite 3600, St. Louis, Missouri 63102-2750.

/s/ Bryan S. Johnson
Bryan S. Johnson #51325 MO
Attorney for Plaintiff
Johnson Law Offices LLC
60 Hill Pointe Court, Suite 202
St. Charles, Missouri 63303
(636) 916-5529
(636) 916-4956 - Facsimile